934

No. 04–8600. SANTIAGO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 04–8602. MORGAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–8603. JEFFRIES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 04–8607. IACULLO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–8609. IVEY *v.* DEPARTMENT OF THE TREASURY. C. A. Fed. Cir. Certiorari denied. 

No. 04–8616. MCDOUGLE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 04–8622. WOODARD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 04–8625. REED *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–8627. SEDGWICK *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–8634. MARTINEZ-PARAMO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 04–8636. CHUNG *v.* JUDICIAL COUNCIL OF CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–8645. DEUTSCH *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–8647. PRIDGEN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 04–8653. COLEMAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 04–8658. JACKSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 04–8663. MULLANE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.